**STATEMENT OF FACTS**

On September 16, 2020 at approximately 1:00 p.m., the complainant met a juvenile female, (hereinafter "A.G."), in the parking lot of the Good Luck Carry Out Chinese Restaurant located at 6236 Oxon Hill Rd, Oxon Hill, MD. A.G. approached the complainant and asked if the complainant wanted to "hang" with her. The complainant asked A.G. her age and she replied she was 18. The complainant then agreed to meet up with A.G. later that evening. A.G. took the complainant's phone, and messaged herself through the social media app Instagram, telling the complainant they would communicate with details about meeting up later that evening.

Later that afternoon, the complainant communicated with A.G. via her Instagram account. The complainant asked A.G. if she had marijuana he could purchase and the two agreed to meet at 3833 9th St. S.E., Washington, D.C. later that evening so he could purchase marijuana from her and take her to a car show near the Southern Avenue Metro Station, located at 1411 Southern Ave S.E., Hillcrest Heights, MD.

On September 17, 2020 at approximately 12:50 a.m. the complainant arrived at 3833 9th St. S.E., Washington, D.C., parked on the street, and waited for A.G. A.G. messaged the complainant and asked him to wait for her brother who would come out to talk to him. A short time later, the suspect then approached the complainant's vehicle tapped on the passenger side window and told the complainant to open the door. The complainant unlocked the door, and the suspect then entered the complainant's vehicle front passenger seat.

The suspect began asking the complainant whether he was there to visit "his sister," and if the complainant knew how old she was. As the complainant tried to explain his presence there, the suspect pulled a silver handgun from his waistband, pointed it at the complainant and demanded all his money. The complainant gave the suspect his wallet, begging the suspect not to shoot him. After the suspect took all the money out of the wallet, roughly $216 U.S. currency, and all of the change out of the car's cupholders, the suspect said "I am gonna kill you" and "empty your pockets." Fearing being shot, the complainant offered to take the suspect to an ATM to get him more money. The suspect asked how much money the complainant had, and the complainant replied $3,000. The suspect said he needed $1,000.

Then the complainant drove the suspect across the state line to Maryland to several establishments with Automated Teller Machines (ATMs) to attempt to withdraw money. The complainant and the suspect traveled to the following establishments:

1. Bank of America ATM located at the Eastover Shopping Center at the intersection of Audrey Ln and Indian Head Hwy, Oxon Hill, MD;
2. Bank of America ATM located at 6011 Oxon Hill Rd, Oxon Hill, MD;
3. Marathon Gas Station Market Place located at 6211 Livingston Rd, Oxon Hill, MD;
4. 7Eleven located at 6800 Livingston Rd, Oxon Hill, MD;
5. 7Eleven located at 5622 St Barnabas Rd, Oxon Hill, MD;
6. Citgo Gas Station located at 6104 Oxon Hill Rd, Oxon Hill, MD;
7. Urban Market and Zip-In Gas Station located at 6100 Oxon Hill Rd, Oxon Hill, MD;
8. 7Eleven located at 4508 St. Barnabas Rd, Temple Hills, MD.

Case: 1:20-mj-00197
Assigned to: Judge G. Michael Harvey
Assign Date: 10/05/2020
Description: COMPLAINT W/ARREST WARRANT

In total, the complainant was able to withdraw approximately $1,500.

After the last ATM withdrawal at the 7Eleven at 4508 St. Barnabas Rd, the suspect told the complainant to take him back to the location where the suspect got in the complainant's car on 9th Street S.E. The complainant drove back across the state line into the District of Columbia. The suspect had his weapon on his lap on as they returned to D.C., and the complainant feared for his life. When they were driving northbound on 9th St S.E., near the intersection with Wahler Place S.E., the complainant placed his vehicle in cruise control and jumped out of the car while it was moving. The complainant escaped on foot and immediately called 911 for help.

The entirety of the interaction in the vehicle between the complainant and the suspect was caught on two dashboard cameras located inside the complainant's vehicle. Additional surveillance videos obtained from the 7Eleven located at 6800 Livingston Road, Oxon Hill, MD, Urban Market and Zip-In Gas Station located at 6100 Oxon Hill Road, Oxon Hill, MD, and the 7Eleven located at 4508 St. Barnabas Road, Temple Hills, MD corroborate these events.

The Metropolitan Police Department (hereinafter "MPD") took still photos from the surveillance videos from the car dashboard cameras and the stores visited in order to make BOLOs ("Be On the Look Out") and press releases seeking to identify the suspect. These photos were distributed to law enforcement partners, as well as to the public over Twitter and YouTube. On September 23, 2020, an anonymous caller placed a call to MPD, stating that the caller was a probation officer and the suspect in the BOLO was a probationer. The caller identified the suspect as Kareem Davis, and provided a date of birth and address. The information provided by the caller was verified through the Court Supervision and Offender Services Agency ("CSOSA") and law enforcement databases, including the current address, which is in the same block as the initial events of this kidnapping.

On October 1, 2020, MPD generated a nine-photo array for the complainant to view. Kareem Davis's photo was placed in position number five within the nine-photo array. After reviewing the array for approximately two minutes, the complainant pointed at photo number five and said "it's number five for sure" and "it's definitely his face."

Finally, the suspect's image on the dashboard videos is consistent with the known photographs of Kareem Davis.

_____
SPECIAL AGENT STEWART A. CURCIO
FEDERAL BUREAU OF INVESTIGATION

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 5th day of October, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE